HEARST PUBLICATIONS, Incorporated, a Corporation, Appellant, v. UNITED STATES of America, Appellee.

CHRONICLE PUBLISHING COMPANY, a Corporation, Appellant, v. UNITED STATES of America, Appellee.

Nos. 11781–11784.

Circuit Court of Appeals, Ninth Circuit.

June 23, 1948.

Reginald H. Linforth and James I. Johnson, both of San Francisco, Cal. (Calkins, Hall, Linforth & Conard, of San Francisco, Cal., of counsel), for appellants.

Thereon Lamar Caudle, Asst. Atty. Gen., Sewall Key, A. F. Prescott, and Arthur L. Jacobs, Sp. Assts. to Atty. Gen., and Frank J. Hennessy, U. S. Atty., and William E. Licking, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Harry L. Price, of Oakland, Cal. (Robinson, Price & Macdonald, of Oakland, Cal., of counsel), John J. Hamlyn, of Sacramento, Cal., and Harry L. Dunn, of Los Angeles, Cal. (O'Melveny & Myers, of Los Angeles, Cal., of counsel), L. B. Binford & Binford, of Los Angeles, Cal., of counsel), Reginald H. Linforth, of San Francisco, Cal. (Calkins, Hall, Linforth & Conard, of San Franscisco, Cal., of counsel), Elystus L. Hayes, of San Francisco, Cal., and E. L. Skeel, of Seattle, Wash. (Skeel, McKelvy, Henke, Evenson & Uhlmann, of Seattle, Wash., of counsel), Arthur E. Simon and Clarence R. Innis, both of Seattle, Wash. (Wright, Innis, Simon & Todd, of Seattle, Wash., of counsel), W. W. Witherspoon, of Spokane, Wash. (Witherspoon, Witherspoon & Kelley, of Spokane, Wash., of counsel), L. L. Thompson, of Tacoma, Wash. (Henderson, Carnahan & Thompson, of Tacoma, Wash., of counsel), for Publishers, amicus curiae.

S. A. Ladar, of San Francisco, Cal., for Newspaper & Periodical Vendors & Dis-

752

tributors Union and International Printing Pressmen & Assistants Union of North America, amicus curiae.

Before GARRECT, MATHEWS, and BONE, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion (70 F.Supp. 666), the judgments of the District Court are affirmed.